

**Entered on Docket
January 08, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-77115

*Relodge*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-27957-lbr |
| Rajko Mrkaja | Date: 11/17/09<br>Time: 10:30 a.m. |
| | Chapter 7 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

property, generally described as 6250 W. Arby Ave. Unit 2, Las Vegas, NV 89118, and legally

described as follows:

> Parcel I (Common Elements):
> Once (1) allocated interest as tenant-in-common in and to Phase 9 together with those portions of Common Lot(s) located in that Phase of the Final Plat of Trilogy at Warm Springs, a Condominium Community, recorded on December 16, 2003 in Book 114, page 027 of Plats, in the Office of the County Recorder of Clark County, Nevada ("Plat"), and such Phases and Common Lots of the Plat as have been annexed (hereafter refered to as the "Properties"), said allocated interest to be a fraction, the numerator of which shall be once (1), and the denominator which shall be the total number of Units in all Phases of the Properties which shall become subject to the Amended and Restated Declaration of Covenants, Conditions and Restrictions and Reservations of Easements for Tripoly at Warm Springs North recorded on June 3, 2004 as Instrument 0001295 in Book 20040603 in the Official Records of the County Recorder, Clark County, Nevada and all amendments thereto now of record (thereafter collectively referred to as the "Declaration").
>
> Excepting therefrom all Units and Garages, Located within the Properties.
>
> And further excepting therefrom those portions of the Properties (if any) defined as an "HOA" Unit" in the Declaration.
> Reserving therefrom the right to possession of all those areas designated as "Limited Common Elements" within the Properties and as defined in the Declaration.
>
> Further reserving therefrom for the benefit of the Owners of all Units now or hereafter within the Properties, (except the Unit and Garage referred to in Parcel II, , herein) non-exclusive easements for ingress, egress and recreational use on, over and across the Common Elements and /or Common Lots of the Properties, as provided for in and subject to the Declaration.
>
> Parcel II (Living Unit and Garage):
> Unit 102 and Unit 102 Garage in Building 3 of Phase 9 as shown on the Final Plat of Trilogy at Warm Springs, a condominium Community, recorded on December 16, 2003 in Book 114, page 027 of Plats, in the Office of the County Recorder of Clark County, Nevada and amended by Certificate of Amendment in Book 20040722 of Official Records as Document No. 01901.
>
> Parcel III (Limited Common Elements):
> The exclusive right of use, possession, and occupancy of:
> LCE 3B Yard Component appurtenant to Building 3, as shown on the Plat, said LCE Yard Component to be a Limited Common Element appurtenant to the Unit described in Parcel II

herein, as provided for in and subject to the Declaration; and

Unit 102 Driveway LCE appurtenant to Building 3 as shown on the Plat, said Driveway LCE to be a limited Common Element appurtenant to the Unit described in Parcel 11 herein, as provided for in and subject to the Declaration; and

Together with all those other portions of the Properties designated as those "Limited Common Elements" (including, but not limited to patio(s), balcony(ies), porch(es), landing(s)/stair(s), chimney(ies)/Oue(s), storage area(s), and parking space(s) as defined in and subject to the Declaration), which are appurtenant to Parcel I and Parcel II described above.

Parcel IV (Appurtenant Easements):

Non-exclusive casements for ingress, egress and recreational use on, over and across those portions of the Properties delineated an "HOA Unit" (if any), "Common Elements" and/or Common Lots" as defined in and subject to the Declaration; which casements are appurtenant to Parcels I, II and III.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2009

Submitted by:

**WILDE & ASSOCIATES**

By:   /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Sam Benevento
1945 E. Warm Springs Road
Las Vegas, NV 89119
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV 89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.
____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
__✓__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:

____ approved the form of this order           ____ disapproved the form of this order

____ waived the right to review the order and/or   __✓__ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order           ____ disapproved the form of this order

____ waived the right to review the order and/or   __✓__ failed to respond to the document

Other Party:_____

____ approved the form of this order           ____ disapproved the form of this order

____ waived the right to review the order and/or   ____ failed to respond to the document

Breach Order:

____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor